Steven J. Nataupsky (SBN 155,913)
Steve.nataupsky@knobbe.com
Marko R. Zoretic (SBN 233,952)
Marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff
AMERICAN ACUPUNCTURE COUNCIL

Leo A. Bautista (SBN 149889)
Leo.Bautista@lewisbrisbois.com
Joshua S. Hodas (SBN 250802)
josh.hodas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street
Suite 4000
Los Angeles, CA 90071

Attorneys for Defendant
CM & F GROUP, A DIVISION OF
SPECIALTY PROGRAM GROUP, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN ACUPUNCTURE COUNCIL,<br><br>   Plaintiff,<br><br>   v.<br><br>CM & F GROUP, A DIVISION OF SPECIALTY PROGRAM GROUP, LLC,<br><br>   Defendant. | Case No. 8:22-cv-01323-JVS-KES<br><br>**STIPULATION FOR DISMISSAL FRCP RULE 41 (a)(1)(A)(ii)**<br><br>Hon. James V. Selna |

4889-9762-0815.1

STIPULATION FOR DISMISSAL

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii) by and between Plaintiff AMERICAN ACUPUNCTURE COUNCIL and Defendant CM & F GROUP, A DIVISION OF SPECIALTY PROGRAM GROUP, LLC as follows;

1. The entire action is dismissed, with prejudice.

2. Each Party shall bear its own costs and attorneys' fees incurred in this action.

**IT IS SO STIPULATED.**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 7, 2023         /s/ *Marko R. Zoretic*
                                Steven J. Nataupsky
                                Marko R. Zoretic

                                Attorneys for Plaintiff
                                AMERICAN ACUPUNCTURE COUNCIL

                                LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: February 7, 2023         /s/ *Leo A. Bautista*
                                Leo A. Bautista

                                Attorneys for Defendant
                                CM & F GROUP A DIVISION OF
                                SPECIALTY PROGRAM GROUP, LLC

**AUTHORIZATION FOR SIGNATURE**

The other signatory to this document concurs in this filing and has authorized the use of his signature.

                                /s/ *Marko R. Zoretic*
                                Marko R. Zoretic

4889-9762-0815.1